IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARIO VILLA-VELASQUEZ, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>VIPIN SHAH, DOCTOR BAKER, and )<br>UNKNOWN PARTIES, )<br>)<br>   Defendants. ) | Case No. 3:12-cv-963-GPM-DGW |

**ORDER**

**WILKERSON, Magistrate Judge:**

This matter is before the Court for case management. On November 27, 2012, District Judge G. Patrick Murphy ordered Plaintiff to provide additional information regarding Defendant Doctor Baker in order for service of process (Doc. 14). Plaintiff was warned that the failure to provide the information within 30 days of that Order would result in dismissal of Defendant Baker pursuant to Federal Rule of Civil Procedure 4(m). That Order was mailed to Plaintiff at the address on file, the Pinkneyville Correctional Center. On December 5, 2012, Plaintiff submitted a notice of change of address indicating that he had been transferred to the McHenry County Jail (Doc. 16). The November 27, 2012 Order was then mailed to Plaintiff at this new address. However, that mail was returned as undeliverable on January 18, 2013 (Doc. 24). Plaintiff has submitted another notice of change of address indicating that he has moved to Mexico. Plaintiff has yet to provide additional information to the Clerk for effective service of process. It would appear that Plaintiff has not received this Court's November 27, 2012 Order.

In order to move this litigation along, the Clerk is **DIRECTED** to mail to Plaintiff a copy of the Order dated November 27, 2013 along with this Order. Plaintiff is **ORDERED** to comply

with Judge Murphy's directions and to provide the necessary information by February 28, 2013. The failure to provide information necessary for service of process will result in a recommendation that Doctor Brown be dismissed consistent with Rule 4(m).

**DATED: January 31, 2013**

                                              **DONALD G. WILKERSON**
                                              **United States Magistrate Judge**